Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Loren White

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case Specific Number 06-2848

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

Loren White,
Plaintiffs,

vs.

Pfizer, Inc., et al.
Defendants.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Come now the Plaintiffs, (LOREN WHITE) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By: [signature]
Attorneys for Plaintiff, Loren White

DATED: April 27, 2009 DLA PIPER US LLP

By: ____________________
Michelle Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR 3 0 2009

Hon. Charles R. Breyer
United States District Court

-2-

PFZR/1035934/6190655v 1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE